| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  A.D.K. Arms, Inc.

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  46-5303407

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2301 Estes Avenue** <br> **Elk Grove Village, IL 60007** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **A.D.K. Arms, Inc.** Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **Advanced Precision Manufacturing, Inc.** | Relationship | **Affiliate** | |
| District | **Northern District of Illinois** | When **6/23/17** | Case number, if known | **17-18961** |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor **A.D.K. Arms, Inc.**  Case number (*if known*)
     Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

■ **Statistical and administrative information**

| | | | |
|---|---|---|---|
| **13. Debtor's estimation of available funds** | . | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. | |
| **14. Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15. Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **A.D.K. Arms, Inc.** Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 20, 2017**
MM / DD / YYYY

X **/s/ Christopher Kozlowski**            **Christopher Kozlowski**
Signature of authorized representative of debtor     Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ DAVID K. WELCH**           Date  **July 20, 2017**
Signature of attorney for debtor                MM / DD / YYYY

**DAVID K. WELCH**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone  **312-641-6777**    Email address

**06183621**
Bar number and State

Debtor  A.D.K. Arms, Inc.
Name

Case number (if known) _____

■ Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July 20, 2017
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Christopher Kozlowski
Printed name

Title  **President**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  July 20, 2017
MM / DD / YYYY

DAVID K. WELCH
Printed name

Crane, Heyman, Simon, Welch & Clar
Firm name

Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
Number, Street, City, State & ZIP Code

Contact phone  312-641-6777        Email address _____

06183621
Bar number and State

Fill in this information to identify the case:
Debtor name: **A.D.K. Arms, Inc.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advanced Machining Corp 405 S. Evergreen Ave. Bensenville, IL 60106 | | | | | | $5,856.90 |
| All-Ways Fasteners 1000 Industrial Drive Unit 2-D Bensenville, IL 60106 | | | | | | $2,070.00 |
| Arrow Crygenics 1671 93rd Lane NE Minneapolis, MN 55449 | | | | | | $332.65 |
| Campbell Accounting 5481 N. Milwaukee Ave. Chicago, IL 60630 | | | | | | $1,030.00 |
| Connecticut Spring & Stamping 48 Spring Lane Farmington, CT 06034 | | | | | | $1,640.00 |
| Dadson's Machining Inc. 1055 Touchstone Drive Hammond, WI 54015 | | | | | | $3,500.00 |
| Eton Machine Co., Ltd. 1485 Davis Road Unit B Elgin, IL 60123 | | | | | | $115,219.55 |
| Landsberg Orora 100 Progress Rd. Lombard, IL 60148 | | | | | | $659.07 |

Debtor **A.D.K. Arms, Inc.**
 Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Millenium Manufacturing, Inc. 130 Penn AM Dr Suite D Quakertown, PA 18951 | | | | | | $12,558.55 |
| Mission First Tactical 411 Caredean Dr. Suite E Horsham, PA 19044 | | | | | | $489.58 |
| North Star Coating 6244 Lakeland Ave. North Suite 108 Brooklyn Park, MN 55428 | | | | | | $4,056.61 |
| R Guns 855 Commerce Pkwy Carpentersville, IL 60110 | | | | | | $20,700.00 |
| Surfacetec 471 Podlin Drive Franklin Park, IL 60131 | | | | | | $18,876.65 |
| Tactical Springs LLC 7804 Danz Blvd. Austin, TX 78724 | | | | | | $34,429.00 |
| Tech Nickel Inc 1200 S. Crystal Ave. Benton Harbor, MI 49022 | | | | | | $34,070.50 |

# United States Bankruptcy Court
**Northern District of Illinois**

In re  **A.D.K. Arms, Inc.**                                                                                   Case No.
Debtor(s)                                                                        Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  **20**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **July 20, 2017**                                   **/s/ Christopher Kozlowski**
                                                                       **Christopher Kozlowski**/**President**
                                                                       Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re: A.D.K. Arms, Inc.  
Debtor(s)

Case No.  
Chapter  11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 20

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: July 20, 2017

_____ PRESIDENT  
Christopher Kozlowski/President  
Signer/Title

Advanced Machining Corp.
405 S. Evergreen Ave.
Bensenville, IL 60106

Advanced Precision
Manufacturing, Inc.
2301 Estes Ave.
Elk Grove Village, IL 60007

All-Ways Fasteners
1000 Industrial Drive
Unit 2-D
Bensenville, IL 60106

Arrow Crygenics
1671 93rd Lane NE
Minneapolis, MN 55449

Campbell Accounting
5481 N. Milwaukee Ave.
Chicago, IL 60630

Christopher Kozlowski
2301 Estes Avenue
Elk Grove Village, IL 60007

Connecticut Spring & Stamping
48 Spring Lane
Farmington, CT 06034

Dadson's Machining Inc.
1055 Touchstone Drive
Hammond, WI 54015

Eton Machine Co., Ltd.
1485 Davis Road
Unit B
Elgin, IL 60123

Landsberg Orora
100 Progress Rd.
Lombard, IL 60148

Midwest Community Bank
510 Park Crest Drive
Freeport, IL 61032

Millenium Manufacturing, Inc.
130 Penn AM Dr
Suite D
Quakertown, PA 18951

Mission First Tactical
411 Caredean Dr.
Suite E
Horsham, PA 19044

North Star Coating
6244 Lakeland Ave. North
Suite 108
Brooklyn Park, MN 55428

R Guns
855 Commerce Pkwy
Carpentersville, IL 60110

Surfacetec
471 Podlin Drive
Franklin Park, IL 60131

Tactical Springs LLC
7804 Danz Blvd.
Austin, TX 78724

Tadeusz Kozlowski
2301 Estes Ave.
Elk Grove Village, IL 60007

TCF Equipment Finance
2118 East Big Beaver Rd.
Suite B
Troy, MI 48083

Tech Nickel Inc
1200 S. Crystal Ave.
Benton Harbor, MI 49022

# United States Bankruptcy Court
## Northern District of Illinois

In re  **A.D.K. Arms, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **A.D.K. Arms, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 20, 2017**  
Date

/s/ **DAVID K. WELCH**  
**DAVID K. WELCH**  
Signature of Attorney or Litigant  
Counsel for  **A.D.K. Arms, Inc.**  
**Crane, Heyman, Simon, Welch & Clar**  
**Suite 3705**  
**135 South LaSalle Street**  
**Chicago, IL 60603-4297**  
**312-641-6777 Fax:312-641-7114**

# United States Bankruptcy Court
### Northern District of Illinois

In re   A.D.K. Arms, Inc.                                              Case No.
                          Debtor(s)                                    Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   A.D.K. Arms, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

July 20, 2017
Date

DAVID K. WELCH
Signature of Attorney or Litigant
Counsel for   A.D.K. Arms, Inc.
Crane, Heyman, Simon, Welch & Clar
Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777 Fax:312-641-7114